1  (All parties and counsel listed on Signature Page)

8  UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>MYLAN INC. AND MYLAN PHARMACEUTICALS INC., <br><br>Defendants. | Case No. 5:13-cv-4001 LHK (PSG) <br><br>**STIPULATION AND [PROPOSED] ORDER TO RELATE AND CONSOLIDATE CASES** <br><br><br>Judge:   Hon. Lucy H. Koh <br>Magistrate Judge:   Hon. Paul S. Grewal |
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>MYLAN INC. AND MYLAN PHARMACEUTICALS INC., <br><br>Defendants. | Case No. 5:13-cv-4002 LHK (PSG) |

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., AND TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN INC. AND MYLAN PHARMACEUTICALS INC., <br><br> Defendants. | Case No. 3:14-cv-314 EMC |

Plaintiffs Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals U.S.A, Inc., and Takeda Pharmaceuticals America, Inc. (collectively, "Takeda"), and Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. (collectively, "Mylan"), hereby stipulate through their respective attorneys as follows:

WHEREAS, the above-captioned actions, *Takeda Pharmaceutical Co., Ltd. et al. v. Mylan Inc. and Mylan Pharmaceuticals Inc.*, No. 5:13-cv-4001 LHK (PSG) (N.D. Cal.) (the "4001 Action"); *Takeda Pharmaceutical Co., Ltd. et al. v. Mylan Inc. and Mylan Pharmaceuticals Inc.*, No. 5:13-cv-4002 LHK (PSG) (N.D. Cal.) (the "4002 Action"); and *Takeda Pharmaceutical Co., Ltd. et al. v. Mylan Inc. and Mylan Pharmaceuticals Inc.*, No. 3:14-cv-314 EMC (N.D. Cal.) (the "314 Action"), between Takeda and Mylan are pending in this District;

WHEREAS, the Court related the 4001 and 4002 Actions to each other pursuant to Civil Local Rule 3-12 on October 23, 2013, Order Relating Cases Pursuant to Civil Local Rule 3-12 [No. 5:13-cv-4001 D.N.30; No. 5:13-cv-4002 D.N. 25];

WHEREAS, during the Case Management Conference held in the 4001 and 4002 Actions on February 5, 2014, the Court suggested that, in the interest of efficiency and conservation of resources, the 314 Action should also be related to the 4001 and 4002 Actions;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, as follows.

1. The 314 Action should be designated as related to the 4001 and 4002 Actions pursuant to Local Civil Rule 3-12.

2. The 4001, 4002, and 314 Actions shall be consolidated for all purposes, including trial, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

3. The schedule set by the Court in the 4001 and 4002 Actions during the Case Management Conference held on February 5, 2014 as well as any related case management order entered by the Court shall apply to the 314 Action.

4. Solely for the purpose of the 314 Action, Counsel of Record for Mylan in the 4001 and 4002 Actions will accept service by electronic mail of the summons and complaint in the 314

1  Action on behalf of Mylan. Notwithstanding the foregoing, as of the date of this stipulation,

2  service has not been made in the 314 Action. The timing for Mylan to answer or otherwise move

3  against the complaint in the 314 Action will be determined by the date upon which service is

4  perfected.

DATED: February 7, 2014              TAKEDA PHARMACEUTICAL CO., LTD.,
                                     TAKEDA PHARMACEUTICALS U.S.A., INC.,
                                     AND TAKEDA PHARMACEUTICALS
                                     AMERICA, INC.


                                     By:        */s/ Heather E. Takahashi*
                                     Jeffrey I. Weinberger (SBN 056214)
                                     *jeffrey.weinberger@mto.com*
                                     Ted G. Dane (SBN 143195)
                                     *ted.dane@mto.com*
                                     Heather E. Takahashi (SBN 245845)
                                     *heather.takahashi@mto.com*
                                     Ryan N. Hagglund (*pro hac vice*)
                                     *ryan.hagglund@mto.com*
                                     MUNGER, TOLLES & OLSON LLP
                                     355 South Grand Ave., 35th Floor
                                     Los Angeles, CA 90071-1560
                                     Telephone: (213) 683-9100
                                     Facsimile: (213) 687-3702

                                     Eric K. Chiu (SBN 244144)
                                     *eric.chiu@mto.com*
                                     Tina W. Arroyo (SBN 272757)
                                     *tina.arroyo@mto.com*
                                     MUNGER, TOLLES & OLSON LLP
                                     560 Mission Street
                                     San Francisco, California 94105-2907
                                     Telephone:   (415) 512-4000
                                     Facsimile:   (415) 512-4077

-2-    Case Nos. 5:13-cv-4001, -4002, 3:14-cv-314
STIPULATION AND [PROPOSED] ORDER TO RELATE AND CONSOLIDATE CASES

| | |
|---|---|
| 1 | MYLAN INC. AND |
| 2 | MYLAN PHARMACEUTICALS INC. |
| 3 | |
| 4 | By:  */s/ Ryan W. Koppelman* |
|   | Ryan W. Koppelman (SBN 290704) |
| 5 | *ryan.koppelman@alston.com* |
|   | ALSTON & BIRD LLP |
| 6 | 275 Middlefield Road, Suite 150 |
|   | Menlo Park, California 94025-4008 |
| 7 | (650) 838-2000 (telephone) |
|   | (650) 838-2001 (facsimile) |
| 8 | |
|   | Deepro R. Mukerjee (*pro hac vice*) |
| 9 | *deepro.mukerjee@alston.com* |
|   | Alexander S. Lorenzo (*pro hac vice*) |
| 10 | *alexander.lorenzo@alston.com* |
|   | Poopak Banky (*pro hac vice*) |
| 11 | *paki.banky@alston.com* |
| 12 | ALSTON & BIRD LLP |
|   | 90 Park Avenue |
| 13 | New York, New York 10016-1387 |
|   | (212) 210-9400 (telephone) |
| 14 | (212) 922-3975 (facsimile) |
| 15 | |
|   | Bryan Skelton (*pro hac vice forthcoming*) |
| 16 | *bryan.skelton@alston.com* |
|   | ALSTON & BIRD LLP |
| 17 | 4721 Emperor Boulevard, Suite 400 |
|   | Raleigh, North Carolina 27703-8580 |
| 18 | (919) 862-2200 (telephone) |
|   | (919) 862-2537 (facsimile) |
| 19 | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 7, 2014

_____
THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

<u>Filer's Attestation</u>

I, Heather E. Takahashi, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO RELATE AND CONSOLIDATE CASES.  In compliance with General Order 45.X.B., I hereby attest that the above-named signatories concur in this filing.

DATED: February 7, 2014

    */s/ Heather E. Takahashi*
Heather E. Takahashi