UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS AMERICA, INC., and TAKEDA PHARMACEUTICALS U.S.A. INC.,<br><br>Plaintiff,<br>v.<br><br>MYLAN INC. AND MYLAN PHARMACEUTICALS, INC.,<br><br>Defendants. | Case Nos.: 13-CV-04001-LHK<br>13-CV-04002-LHK<br>14-CV-00314-LHK<br><br>CASE MANAGEMENT ORDER |

Clerk:  Martha Parker Brown        Plaintiffs' Attorneys: Ted Dane and Heather Takahashi
Reporter:  Lee-Anne Shortridge     Defendants' Attorneys: Alexander Lorenzo and Poopak Banky

A case management conference was held on June 4, 2014.  A further case management conference is set for July 31, 2014, at 1:30 p.m.

The parties shall conduct a settlement conference with Magistrate Judge Corley by September 26, 2014.

The case schedule otherwise remains as previously set:

| Scheduled Event | Date |
|---|---|
| Deadline to Join Parties and Amend Pleadings | November 26, 2014 |
| Initial Disclosures Due | February 12, 2014 |
| Disclosure of asserted claims and infringement contentions (Patent L.R. 3-1, 3-2) | February 28, 2014 |
| Invalidity contentions (Patent L.R. 3-3, 3-4) | April 18, 2014 |
| Proposed claim terms for construction (Patent L.R. 4-1) | May 2, 2014 |

1
Case Nos.: 13-CV-04001-LHK; 13-CV-04002-LHK; 14-CV-00314-LHK
CASE MANAGEMENT ORDER

| | |
|---|---|
| Deadline for Disclosure of Expert Witness for Claim Construction | May 23, 2014 |
| Parties exchange preliminary claim constructions and identify supporting evidence and experts (Patent L.R. 4-2) | May 23, 2014 |
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | June 20, 2014 |
| Close of Claim Construction Discovery | July 20, 2014 |
| Takeda's Opening Claim Construction Brief (Patent L.R. 4-5) | August 7, 2014 |
| Deposition(s) of Takeda's Expert(s) on Claim Construction | August 14 to August 29, 2014 |
| Claim Construction Oppositions (Patent L.R. 4-5) | September 5, 2014 |
| Deposition(s) of Mylan's Expert(s) on Claim Construction | September 9 to September 16, 2014 |
| Claim Construction Replies (Patent L.R. 4-5) | September 18, 2014 |
| Deadline for Settlement Conference with Magistrate Judge Corley | September 26, 2014 |
| *Markman* Tutorial | October 2, 2014 |
| Claim Construction Hearing (max. 10 claim terms) | October 9, 2014 |
| Fact Discovery Cut Off | February 27, 2015 |
| Opening Expert Reports (Takeda will provide any report on secondary considerations at this time) | May 6, 2015 |
| Expert Depositions Related to Initial Expert Reports | May 11 to May 22, 2015 |
| Rebuttal Expert Reports | May 27, 2015 |
| Expert Depositions Related to Rebuttal Expert Reports | June 1 to June 12, 2015 |
| Reply Expert Reports | June 19, 2015 |
| Close of Expert Discovery | June 26, 2015 |
| Last Day to File Disposition Motions | July 10, 2015 |
| Opposition briefs on dispositive motions | July 31, 2015 |
| Reply briefs on dispositive motions | August 14, 2015 |
| Hearing on dispositive motions | September 10, 2015 |
| Final Pretrial conference | October 15, 2015 |
| Trial | November 9, 2015 |
| Length of Trial | 2-3 weeks |

**IT IS SO ORDERED.**

Dated: June 4, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
Case Nos.: 13-CV-04001-LHK; 13-CV-04002-LHK; 14-CV-00314-LHK
CASE MANAGEMENT ORDER