1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., ) <br> TAKEDA PHARMACEUTICALS AMERICA, ) <br> INC., and TAKEDA PHARMACEUTICALS ) <br> U.S.A. INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MYLAN INC. AND MYLAN ) <br> PHARMACEUTICALS, INC., ) <br> ) <br> Defendants. ) <br> ) | Case Nos.: 13-CV-04001-LHK <br> 13-CV-04002-LHK <br> 14-CV-00314-LHK <br><br> CASE MANAGEMENT ORDER |

Clerk:  Martha Parker Brown           Plaintiffs' Attorneys: Heather Takahashi and Tina Arroyo
Reporter:  Lee-Anne Shortridge        Defendants' Attorneys: Alexander Lorenzo and Poopak
                                                                                    Banky

A case management conference was held on July 31, 2014.  A further case management conference is set for November 5, 2014, at 2:00 p.m.

The *Markman* tutorial and claim construction hearing shall be combined and held on October 2, 2014.  An additional claim construction hearing will be held on October 9, 2014 if necessary.  The parties shall brief any indefiniteness arguments together with claim construction. All briefing deadlines and page limits remain as set.

The parties shall file by August 4, 2014 a joint settlement status report with the date of a settlement conference with Magistrate Judge Corley.  The parties shall file by September 15, 2014 a further joint settlement status report.

The case schedule otherwise remains as previously set:

| Scheduled Event | Date |
|---|---|
| Deadline to Join Parties and Amend Pleadings | November 26, 2014 |
| Initial Disclosures Due | February 12, 2014 |
| Disclosure of asserted claims and infringement contentions (Patent L.R. 3-1, 3-2) | February 28, 2014 |
| Invalidity contentions (Patent L.R. 3-3, 3-4) | April 18, 2014 |
| Proposed claim terms for construction (Patent L.R. 4-1) | May 2, 2014 |
| Deadline for Disclosure of Expert Witness for Claim Construction | May 23, 2014 |
| Parties exchange preliminary claim constructions and identify supporting evidence and experts (Patent L.R. 4-2) | May 23, 2014 |
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | June 20, 2014 |
| Close of Claim Construction Discovery | July 20, 2014 |
| Deadline for Joint Settlement Status Report with date for settlement conference with Magistrate Judge Corley | August 4, 2014 |
| Takeda's Opening Claim Construction Brief (Patent L.R. 4-5) | August 7, 2014 |
| Deposition(s) of Takeda's Expert(s) on Claim Construction | August 14 to August 29, 2014 |
| Claim Construction Oppositions (Patent L.R. 4-5) | September 5, 2014 |
| Deposition(s) of Mylan's Expert(s) on Claim Construction | September 9 to September 16, 2014 |
| Deadline for Joint Settlement Status Report | September 15, 2014 |
| Claim Construction Replies (Patent L.R. 4-5) | September 18, 2014 |
| *Markman* Tutorial and Claim Construction Hearing | October 2, 2014 |
| Fact Discovery Cut Off | February 27, 2015 |
| Opening Expert Reports (Takeda will provide any report on secondary considerations at this time) | May 6, 2015 |
| Expert Depositions Related to Initial Expert Reports | May 11 to May 22, 2015 |
| Rebuttal Expert Reports | May 27, 2015 |
| Expert Depositions Related to Rebuttal Expert Reports | June 1 to June 12, 2015 |
| Reply Expert Reports | June 19, 2015 |
| Close of Expert Discovery | June 26, 2015 |
| Last Day to File Disposition Motions | July 10, 2015 |
| Opposition briefs on dispositive motions | July 31, 2015 |
| Reply briefs on dispositive motions | August 14, 2015 |
| Hearing on dispositive motions | September 10, 2015 |
| Final Pretrial conference | October 15, 2015 |
| Trial | November 9, 2015 |
| Length of Trial | 2-3 weeks |

**IT IS SO ORDERED.**

Dated: July 31, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge