RYAN W. KOPPELMAN (CA Bar No. 290704)
ryan.koppelman@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4008
(650) 838-2000 (telephone)
(650) 838-2001 (facsimile)

DEEPRO R. MUKERJEE (*pro hac vice*)
*deepro.mukerjee@alston.com*
ALEXANDER S. LORENZO (*pro hac vice*)
*alexandar.lorenzo@alston.com*
POOPAK BANKY (*pro hac vice*)
*paki.banky@alston.com*
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016-1387
(212) 210-9400 (telephone)
(212) 922-3975 (facsimile)

Bryan Skelton (*pro hac vice*)
*bryan.skelton@alston.com*
ALSTON & BIRD LLP
4721 Emperor Boulevard, Suite 400
Raleigh, North Carolina 27703-8580
(919) 862-2200 (telephone)
(919) 862-2537 (facsimile)

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD. TAKEDA PHARMACEUTICALS U.S.A., INC., AND TAKEDA PHARMACEUTICALS AMERICA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN INC. AND MYLAN PHARMACEUTICALS INC.,<br><br>Defendants. | CASE NO.: 13-cv-4001 (LHK) (PSG)<br><br>Consolidated Cases:<br>Case No. 5:13-cv-4002 LHK (PSG)<br>Case No. 5:14-cv-314 LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING MYLAN'S ADMINISTRATIVE MOTION TO ALLOW ENTRY OF EQUIPMENT** |

**<u>ORDER</u>**

Equipment for the *Markman* hearing and tutorial in this matter (laptop computers, monitors, projectors with associated switchboxes, cable and power strips, an ELMO projector, a projector screen, laser pointers, VGA switches, presentation stands, two to five boxes of documents and supplies) may be brought into Courtroom 8 on the 4th Floor 280 South 1st Street, San Jose, CA 95113, by Alston & Bird LLP, counsel for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc., and Alston & Bird's vendor Trial Media, LLC, on October 9, 2014.

**IT IS SO ORDERED.**

Dated: October 3 , 2014

*Lucy H. Koh*
_____
Lucy H. Koh
United States District Judge

[PROPOSED] ORDER GRANTING MYLAN'S ADMINISTRATIVE MOTION
TO ALLOW ENTRY OF EQUIPMENT
Case Nos. 5:13-cv-4001 (LHK), 13-cv-4002 (LHK), 14-cv-0314 (LHK)