IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., TAKEDA PHARMACEUTICALS U.S.A., INC., TAKEDA PHARMACEUTICALS AMERICA, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>MYLAN INC. AND MYLAN PHARMACEUTICALS, INC.,<br><br>Defendants. | No. 13-CV-4001-LHK<br>Consolidated with:<br>13-CV-4002-LHK<br>14-CV-0314-LHK<br><br>**ORDER REGARDING EQUIPMENT USED DURING THE OCTOBER 9, 2014 MARKMAN HEARING** |

For the limited purpose of clearing out equipment used during the Thursday, October 9, 2014 Markman Hearing in the *Takeda v. Mylan* cases, the Court hereby authorizes Michael Jessup and Timothy Jessup, both of AQUIPT Company, to enter Courtroom 8 on Friday, October 10, 2014 from 7:30-8:00am, under escort of a Courtroom Security Officer.

DATED:  321; 14236

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

13-CV-4001-LHK
ORDER REGARDING EQUIPMENT USED DURING THE OCTOBER 9, 2014 MARKMAN HEARING