UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MYLAN INC., et al.,<br><br>　　　　　Defendants. | Case No.  13-CV-04001-LHK<br>　　　　　　13-CV-04002-LHK<br>　　　　　　14-CV-00314-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorneys: Heather Takahashi, Jeffrey Weinberger
Defendant's Attorneys: Alexander S. Lorenzo, Poopak Banky

　　　A case management conference was held on December 3, 2014.  A further case management conference was set for March 19, 2015, at 1:30 p.m.  The parties shall file their joint case management statement by March 12, 2015.

　　　Takeda represented that it no longer asserts the '626 patent and the '668 patent against Mylan.

　　　The parties agreed to meet and confer regarding a possible Motion to Strike to be filed by Takeda.

　　　The parties shall notify the Court of any settlement developments.

　　　The Court amended the case schedule as follows:

1
Case No.: 13-CV-04001-LHK; 13-CV-04002-LHK; 14-CV-00314-LHK
CASE MANAGEMENT ORDER

| Scheduled Event | Date |
| --- | --- |
| Deadline for Takeda to File and Serve a Narrowed List of Asserted Claims | December 15, 2014 (max 25 claims) |
| Deadline for Mylan to File and Serve a Narrowed List of Prior Art References | January 5, 2015 (max 35 references) |
| Fact Discovery Cut Off | February 27, 2015 |
| Deadline for Takeda to File and Serve a Narrowed List of Asserted Claims | March 13, 2015 (max 18 claims) |
| Further CMC | March 19, 2015, at 1:30 p.m. |
| Deadline for Mylan to File and Serve a Narrowed List of Prior Art References | March 27, 2015 (max 30 references) |
| Opening Expert Reports (Takeda will provide any report on secondary considerations at this time) | May 6, 2015 |
| Expert Depositions Related to Initial Expert Reports | May 11 to May 22, 2015 |
| Rebuttal Expert Reports | May 27, 2015 |
| Expert Depositions Related to Rebuttal Expert Reports | June 1 to June 12, 2015 |
| Reply Expert Reports | June 19, 2015 |
| Close of Expert Discovery | June 26, 2015 |
| Deadline for Takeda to File and Serve a Narrowed List of Asserted Claims | June 29, 2015 (max 14 claims) |
| Deadline for Mylan to File and Serve a Narrowed List of Prior Art References | July 3, 2015 (max 25 references) |
| Last Day to File Dispositive Motions | July 10, 2015 |
| Opposition briefs on dispositive motions | July 31, 2015 |
| Reply briefs on dispositive motions | August 14, 2015 |
| Hearing on dispositive motions | September 10, 2015, at 1:30 p.m. |
| Deadline for Takeda to File and Serve a Narrowed List of Asserted Claims | September 17, 2015 (max 7 claims) |
| Deadline for Mylan to File and Serve a Narrowed List of Prior Art References | September 23, 2015 (max 21 references) |
| Final Pretrial conference | October 15, 2015, at 1:30 p.m. |
| Trial | November 9, 2015, at 9:00 a.m. |
| Length of Trial | 2-3 weeks |

**IT IS SO ORDERED**.

Dated: December 3, 2014

_____
LUCY H. KOH
United States District Judge

2

Case No.: 13-CV-04001-LHK; 13-CV-04002-LHK; 14-CV-00314-LHK
CASE MANAGEMENT ORDER