UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TAKEDA PHARMACEUTICAL CO., LTD., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>MYLAN INC., et al.,<br><br>        Defendants. | Case No.: 13-CV-04001-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the Court's order staying all deadlines for 45 days pending regulatory review of the parties' settlement, ECF No. 158, the case management conference set for March 19, 2015, is hereby CONTINUED to April 22, 2015, at 2:00 p.m., should it be necessary following the regulatory review period.

**IT IS SO ORDERED**.

Dated: February 27, 2015

                                                   _Lucy H. Koh_
                                                   LUCY H. KOH
                                                   United States District Judge